defendant does not assert that his co-defendants also had criminal records. Without such an assertion we can find nothing improper with the sentence imposed upon the defendant.

For the aforementioned reasons, the judgment of the circuit court of Madison County is affirmed.

Judgment affirmed.

CREBS and CARTER, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT J. BAKER, Defendant-Appellant.

(No. 73-171;

Fifth District—April 30, 1974.

426

Opinion by Mr. JUSTICE CARTER.

Robert J. Baker, *pro se.*

Herbert J. Lantz, State's Attorney, of Chester (David P. Rau, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SHERWIN LEE DAVENPORT, a/k/a DAVE DAVENPORT, Defendant-Appellant.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VICKIE OWENS, a/k/a VICKIE GLASS, Defendant-Appellant.

(Nos. 72-298-9 cons.;

Fifth District—May 7, 1974.